NORTHERN DISTRICT OF ILLINOIS

21 cv 50362
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

RECEIVED
SEP 20 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Government has shielded police and prison GUARDS from accountability even when they violate people's RIGHTS in the most outrageous ways for decades.

Here at USP Thomson the DOCTRINE KNOWN AS QUALIFIED IMMUNITY is continuing to be abused.

The violating of this PRISONS OWN POLICY and the offending of the CONSTITUTION continues. Any honorable and reasonable officer should NO that these type behaviors SHOULD NOT be done "NO EXCEPTIONS" and these behaviors have SERIOUS CONSEQUENCES.

I am asking that this Court allows me to press Charges of Conspiracy to ATTEMPT MURDER & HATE CRIME ACT based on the Conclusive FACTS & MOTIVE, with evidence, witnesses and camera footages. I have recently written this Court with a petition but was sent back a 2255 petition and a case # but know update.

For the Courts knowledge I did try to send EVIDENCE ON July 20, 2021 CERTIFIED (SEE PAGE #7 116) but those efforts failed by destroyed.

I do have the total Amount of money to pay all fee's (SEE RECEIPT) but the Institution has my account block for NO reason!

I followed Remedies but by the Privacy Act I cannot know what Is being done or actions taken. However. I want justice served and compensation. I present everything to all LEVELS of staff still they seek to Cover up these behaviors and resulting

NOTE: THEY HAVE REFUSED TO GIVE ME THE COMPLETE LIST OF WORKING STAFF FOR JULY 6, 2021 EVENING SHIFT.

in more retaliations against me. I have presented any ALLEGATION ON FACTS!

I am Requesting a JURY Trial and I will be representing myself. ALL my other Request are included inside of the AFFIDAVIT & COMPLAINT BRIEF.

I Respectfully ask this Court to issue a Order to have my money release for fee's and something that will allow my other (2) ITEMS EVIDENCE to reach this Court.

Lastly, to send any proper form that allows me to continue in these proceeding to this Case.

PLEASE SEND SPECIAL MAIL BECAUSE THE LAST PETITIONS I DID NOT RECEIVE. Thank You

RESPECTFULLY,
Johnnie Banks #17117-084
Johnnie Banks #17117-084

\* PLEASE DO NOT SEND BRIEF BACK \*
IT MAY BE DESTROYED I HAVE
(1) OTHER ORIGINAL COPY.

DONE THIS ___ DAY OF ___ 2021

©2018

```
Sales Invoice    ----S.B.U.----
Thomson AUSP
USP
Account No. 17117084      TF54455
BANKS, JOHNNIE EDWARDS JR
08/31/2021 12:31:58 PM TX#715276   60
--------------------------------------------
BEGINNING BALANCES:
Available Balance is $823.58
Spending Limit Balance is $25.00
Account Balance is $823.58
============================================
Qty   Description                   Price
============================================
1  20 CT FOREVER STA              $11.00
1  20 CT FOREVER STA              $11.00
1  *ENVELOPE 4X9 50C               $3.25
1  *GREETING CARDS                 $1.40
1  SULFUR 8 CONDITIO               $3.10
1  *NOTEBOOK 24/CS 6               $1.60
1  *WRITING PAD 48/C               $1.30
2  *TOOTHBRUSH 72/CS               $0.90
1  *DOVE 48/CS                     $2.20
1  *DOVE 48/CS                     $2.20
1  *DOVE 48/CS                     $2.20
1  *PALMER COCOA MIN               $1.20
1  *PALMER COCOA MIN               $1.20
1  COLGATE W/B-SODA                $2.90

               Total              $45.45

Charge 17117084    $45.45
--------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $778.13
Spending Limit Balance is $4.65
Account Balance is $778.13
--------------------------------------------

_____
Signature

ALL SALES ARE FINAL!!!!
```

# AFFIDAVIT & COMPLAINT

## INDICTMENT
## &
## WARRANT

## CONSPIRACY TO ATTEMPT MURDER
## &
## HATE CRIME ACT

Johnnie Banks #17117-084
  V.

USP Thomson
DEFENDANT(S) S. Dessing, LT. Whalen, D. Rowzee, J. Turnabaugh
  CO. Kinder

## EVIDENCE

1. TOOTHPASTE  ⟩ Both Items were vertified of WHITE
2. COTTON SWABS / MACE POWER. EVIDENCE DESTROYED SEE PAGE #
3. VITOMINS  ⟩ I still have Both items
4. FLOSS PICKS

## MOTIVE

These Crimes were committed out of hatred and retaliation against MR. Banks a Inmate housed at USP Thomson. On July 6, 2021 MR. Banks was accused of a 205--Engaging in a Sexual Act by S. Dessing. This code at USP Thomson labels Inmates as SEX offenders and harsh behaviors and acts are being done to Inmates. MR. Banks suffered in this situation and staff/Defendants use this opportunity to harm MR. Banks, retaliate and be cruel.

  MR. Banks presented clear evidence to Institution staff and through remedy. MR. Banks wants Justice served and no more covering up these cruel behaviors.

(1)

# OTHER FACTS & VIOLATIONS

1. VIOLATIONS OF POLICY, PROCEDURES, CONSTITUTIONAL RIGHTS as a PRISONER, CONSTITUTIONAL RIGHTS and CIVIL RIGHTS THAT ARE GUARANTEED BY THE AMENDMENT TO THE CONSTITUTION.

2. CONSPIRACY : IS CONSPIRING TO PLAN OR DO AN UNLAWFUL ACT.

3. HATE CRIME ACT : CONSPIRING TO DO A HATRED ACT TOWARDS A PERSON BC OF RACE, SEXUAL STATUS, LABELS OR TITLES. CAUSING HARM OR INJURY OR ATTEMPT, PREJUDICES OR ANIMOSITY.

4. NEGLIGENCE : HAVING EMPLOYEES OF THE GOVERNMENT BREACHING SECURITY AND INSURANCE POLICIES OF INMATES BY MISCONDUCTS AND DAMAGES.

5. TAMPERING & DESTROYING COURT DOCUMENTS, LEGAL MAIL TO A CRIMINAL CASE (EVIDENCE) TO KEEP (1) FROM FILING AND EMBARRASSMENT 1st AMENDMENT : U.S. POSTAL SERVICE VIOLATIONS.

6. DISCRIMINATION : POLICY $551.90 SHALL NOT DISCRIMINATE AGAINST INMATES.

7. PROGRAM STATEMENT 3420.09 STANDARD OF EMPLOYEE CONDUCT

8. RETALIATION PROGRAM STATEMENT $8.12

(2)

## WITNESSES

1. MS. SWEENEY : MEDICAL
2. J. HESS : CAPTAIN
3. MR. DELEON : LT.
4. MR. SCMOIT : #1
5. MR. Nicholson : OFFICER
6. CHRISTOPHER RXGFRSS INMATE

## POLYGRAPH TEST REQUEST

1. S. Dessing       CO
2. MR D. Rowzee    CO
3. MR. Kinder      CO
4. MR. Whelen      CO
5. MR. Yaba        CO
6. MR. Warren      CO
7. MR J. Turnabaugh CO
8. MR. Barmes      Counselor
9. MS. Bates       Psych.
10. Ms. Soto        Psych.
11. MR. Theisen     Psych.
12. MS K. Miller    Medical  & MS. M. TROUTMAN
13. MR. J. Hess     CAPTAIN

## CAMERA FOOTAGE REQUEST

SEE Brady v. Maryland 373 U.S. 83, 83 1963
SEE Piggie v. Cotton 277, F.3d at 925
SEE Montogomery v. Anderson 262 F.3d 641 7th CIR

(3)

100. ON July 6, 2021, G-2 UNIT CELL #21 AROUND 8:00pm I WAS PULLED FROM CELL #21, BY LT. WHALEN WITH OTHER OFFICERS PRESENT. I WAS ACCUSED OF A 205--ENGAGING IN A SEXUAL ACT BY S. DESSING. I WAS PLACED IN A CAGE FOR 10 to 15 MINUTES.

101. I THEN WAS TAKEN TO G-3 UNIT ON HOUSED IN CELL #6. I ASK LT. WHALEN WERE WAS MY PROPERTY AND INFORMED HIM BY LAW I AM INNOCENT UNTIL PROVEN GUILTY AND PLACING ME BEHIND A <u>FLAP</u> VIOLATES THAT. ALSO TO CHECK CAMERA'S FROM G-2 BY CELL #21 TO PROVE I HAD MY ENTIRE WINDOW COVERED UP. HE LT. WHALEN STATED I AM TALKING TO MUCH!!

102. ONCE MY PROPERTY WAS BROUGHT TO ME I BEGIN CLEANING THE CELL. AFTER MAYBE 5 to 8 MINUTES I BEGIN TO SNEEZE, COUGH AND CHOKING. I HAVE HAD SYMPTOMS SINCE COVID BUT NOTHING AS EXTREME AS THIS COMBINATION.

103. I STARTED GOING THROUGH MY PROPERTY AFTER SPLASHING WATER ON MY HEAD & FACE. I RETRIEVE MY VITUMINS AND TOOK (1) THEN GRAB MY TOOTHBRUSH & TOOTHPASTE AND BEGIN BRUSHING MY TEETH.

104. IN THE MIDDLE OF BRUSHING I INSTANTLY STARTED VOMITING BLACK PARTICLES AND BLEARY EYED. I TOLD RANGE OFFICER I WAS VERY SICK HE PAID ME NO MIND.

105. I THEN PULLED THE PROPERTY I HAD LEFT OUT TO DISCOVER WHITE MACE POWDER INSIDE OF MY HYGIENE PRODUCTS,

(4)

TOOTHPASTE, COTTON SWABS, FLOSS PICKS AND VITAMINS. I WRAPPED ALL ITEMS IN PLASTIC THEN A SHIRT.

106. I CONTINUE TO VOMIT PERIODICLY AND NOTIFIED OFFICES OF THE MACE POWDER THEY ALL LAUGHED. I ITCHED, COUGHED & SNEEZED ALL NIGHT.

107. FOR (3) DAYS JULY 7, 8, 9, I VOMITED BLACK PARTICLE, ITCHED, SNEEZED AND COUGHED. EVERYDAY I SUBMITTED SICK CALLS TO MS. M. TROUTMAN. I WAS NEVER SEEN OR SPOKE to. EVERY OFFICER THAT PASS MY DOOR I GAVE A COP-OUT SEEKING HELP.

108. ON JULY 8, 2021, G-3, AROUND 9:45am CELL #16 CAPTAIN J. HESS WAS DOING ROUNDS AND I STOPPED HIM AND TOLD HIM THE ENTIRE SITUATION. HE ASK FOR THE ITEMS AND I GAVE HIM (2) ITEMS OF THE TOXIC MACE POWDER, (TOOTHPASTE & COTTON SWABS) HE IMMEDIATELY STARTED COUGHING & SNEEZING OFFICER SCMOTT WAS RIGHT BESIDES HIM ALSO. THEY BOTH BY THEIR REACTIONS KNEW IT WAS MACE POWDER. MR. J. HESS GAVE THE ITEMS BACK TO ME AND ASK ME DO I WANT HIM TO TAKE CARE OF IT AND I STATED I GOT IT FROM HERE.

109. ON July 9, 2021, AROUND 11:00 AM G-3 CELL #16 PSYCHOLOGIST MS. BATES DID ROUNDS. I INFORMED HER OF THE SITUATION AND SHE STATED THE ONLY THING SHE CAN DO IS REPORT IT TO MEDICAL (BUT SHE DID NOT).

110. ON JULY 10, 2021 I SUBMITTED ANOTHER SICK CALL TO MS. MILLER SHE PULLED ME. (SEE CLINICAL ENCOUNTER 7/10/2021)

(5)

111. ON JULY 12, 2021 G-3 CELL#17 (CELLS ROTATED SUN 7/11/2021) TREATMENT SPECIALIST MR. THEISEN DID ROUNDS AND HAD TO STOP AT MY DOOR BECAUSE HE IS MY SPECIALIST. I IMMEDIATELY REPORTED THIS SITUATION TO HIM. MR. THEISEN BECAME ANGRY AND STATED I DON'T HAVE TO KEEP TELLING HIM AND WALKED OFF SAYING EVERYBODY HAS EAT A LITTLE MACE.

112. ON JULY 15, 2021, G-3 CELL#17 AROUND 6:43am COUNSELOR MR. BARMES DID MAIL PICK UP, I GAVE HIM A BP'8 ON THIS ISSUE DATED JULY 6, 2021.

NOTES FROM JULY 8, 2021 to JULY 16, 2021 UNIT TEAM REFUSE TO TAKE MY MAIL UNTIL I REQUESTED A BP'8 ON THE REFUSAL AND MR. BARMES APOLOGIZED AND STATED I KNOW HOW POLICY CHANGED BUT "I CAN'T SEND THE TOOTHPASTE AND COTTON SWABS.

113. ON JULY 17, 2021 I WAS PULLED BY NURSE MS. SWEENEY BECAUSE I SUBMITTED A COP-OUT. I WAS STILL ILL AND ITCH WITH RASHES. MS. SWEENEY STATED TO ME IF I SHOWED HER SUCH A THING (MACE POWDER HYGIENE) SHE WOULD DO SOMETHING. OFFICER WARREN WAS PRESENT SEE CLINICAL ENCOUNTER

114. ON JULY 18, 2021 AROUND 9:30am G-3 CELL#17 MEDICAL MS. SWEENEY APPROACH MY DOOR WITH OFFICER YABA AND ASK FOR THE HYGIENE I TOLD HER ABOUT, I GAVE HER THE TOOTHPASTE & COTTON SWABS. SHE IMMEDIATELY

(6)

STARTED COUGHING AND SNEEZING THEN GAVE ITEMS BACK AND GAVE ME A CONCERNING LOOK THEN LEFT. SEE CLINICAL ENCOUNTER ADMINISTRATIVE NOTE 7/18/2021.

115. ON JULY 18, 2021 AROUND 10:50AM G-3 CELL#17 OFFICER MR. SCMDIT APPROACH MY DOOR ASKING FOR ITEMS, THEN LT. DELEON & MS. SWEENEY CAME ALONG. I THEN GAVE THEM THE TOOTHPASTE & COTTON SWABS. THE LT. DELEON GAVE BACK ITEMS AND I ASK DID HE WANT THE REST OF THE TOXIC MACE POWDER ITEMS (VITAMINS & FLOSS PICKS) HE STATED NO HE HAD ENOUGH.

116. ON JULY 20, 2021 AROUND 9:15am G-3 CELL#17 OFFICER MR. NICHOLSON TOOK A CERTIFIED MAIL RECEIPT ADDRESS TO THE NORTHERN DISTRICT OF ILLINOIS COURT ROCKFORD IL, ALONG WITH THE (2) ITEMS TOOTHPASTE & COTTON SWABS SEALED IN PLASTIC AND I SEALED THE ENVELOPE DIRECTLY IN FRONT OF HIM. (THAT MAIL NEVER REACH THIS COURT AND I NEVER RECEIVE MY CERTIFIED MAIL RECEIPT. I HAVE ASK MR. NICHOLSON ABOUT MY MAIL PIECE OVER (10) TIMES HE SAYS HE GOT TO LOOK INTO AND THE MAILROOM SAY THEY NEVER RECEIVE

117. ON JULY 30, 2021 AROUND 6:35am I SUBMITTED A GRIEVENCE TO COUNSELOR MR. BARMES ON ISSUES NO RESPONSE!!

118. ON JULY 31, 2021 I SUBMITTED ANOTHER COPOUT TO SSA. 'G'L

119. ON AUGUST 11, 2021 AROUND 6:45AM G-3 CELL#39 I SUBMITTED A BP 9' to MR BARMES ON JULY 6, 2021 ISSUES (SEE REMEDY FORM ATTACHED)

(7)

120. ON AUGUST 12, 2021 AROUND 9:45AM G-3#39 TREATMENT SPECIALIST MS. SOTO & MR. THEISEN APPROACH MY CELL MS. SOTO APPEARED VERY ANGRY BECAUSE OF MY REQUEST I SUBMITTED TO HER FOR HELP AND TO REPORT THIS SERIOUS OFFENSE. I DIDN'T KNOW MR. THEISEN WAS PRESENT UNTIL THEY BOTH STARTED TO BADGER ME, VERBALLY ABUSING ME LOUDLY DON'T SEND THEM ANYMORE CUP-OUTS. I GAVE THEM POLICY & PROCEDURE ON STAFF MISCONDUCT THEY CONTINUE TO THREATEN ME THEN STORMED OFF.

121. ON AUGUST 21, 2021 AROUND 11:00AM I CELL#39 I ASK OFFICER MR. NICHOLSON ABOUT MY MAIL AGAIN. HE STATED BY POLICY IF A OFFICER TAKE IT, IT GOES THROUGH REGULAR MAIL. SO HE ADMITS HE KNOWS HE WASN'T SUPPOSE TO TAKE IT AND THAT I NEED TO CONTACT THE POST OFFICE.

122. ON AUGUST 27, 2021 AROUND 2:00pm G-3#39 CELL EDUCATION MR. SMITH PICKED UP LEGAL FILINGS TO THIS CASE TO MAKE COPIES TO MY REQUEST. (THIS IS PROCEDURES FOR INMATES TO RETRIEVE COPIES)(BUT ONLY 7 DAYS UNTIL RETURN)(POLICY.) THOSE LEGAL DOCUMENTS TO THIS CASE HAVE BEEN DESTROYED.

I, Johnnie Banks #17117-084, swear by oath of affirmation with penalty of perjury, the above statements are the truth to the best of my recollection of the events of these violations and Cruel and unusual punishments.

(8)